FILED

2003 OCT 31  A 10: 49

US DISTRICT COURT
BRIDGEPORT CT

United States District Court
District of Connecticut

| | |
|---|---|
| John B. DeRay,<br><br>　　　　*Plaintiff*<br>v.<br><br>Russ Larson, *et al.*,<br><br>　　　　*Defendants*. | Civil Action No.<br><br>3:02 CV 2139 (JCH)<br><br>October 31, 2003 |

### DEFENDANT OTIS ELEVATOR COMPANY'S MOTION FOR SUMMARY JUDGMENT

The plaintiff, John B. DeRay, has brought this suit as a hybrid Section 301 suit alleging that Otis Elevator Company breached its collective bargaining agreement with the International Union of Elevator Constructors (IUEC) when it terminated his employment on February 6, 2002 due to his repeated refusal to comply with an Otis safety rule regarding the wearing of fall protection while working on construction. DeRay also alleges the IUEC failed in its duty to represent him with regard to his discharge.

The defendant, Otis Elevator Company, respectfully moves the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56 of the Local Rules of this Court, for summary judgment and an order dismissing the plaintiff's complaint and each cause of action alleged therein on the grounds that there is no genuine issue as to any material fact and Otis Elevator Company is entitled as a matter of law to judgment in its favor.

In support of this motion, defendant shows as follows:

Otis is entitled to summary judgment on the plaintiff's claim for breach of the collective bargaining agreement on four, separate grounds. First, DeRay cannot prove that Otis was without just cause when it terminated his employment. Second, DeRay cannot prove that the IUEC failed in its duty to represent him with regard to his termination. Third, DeRay's lawsuit is untimely. And, fourth, DeRay failed to exhaust the grievance procedure of the collective bargaining agreement.

This motion is based on the Statement of Undisputed Material Facts submitted herewith in compliance with Local Rule 56(a)(1), which facts are admitted by the pleadings, responses to discovery, depositions and uncontroverted affidavits.

The basis for this motion is more fully set forth in the Memorandum of Law submitted in support hereof.

Respectfully submitted,

Edward J. Dempsey
Labor Counsel
United Technologies Corporation
One Financial Plaza
Hartford, CT 06101
tel:   (860) 728-7858
fax:   (860) 728-6551
email: *ed.dempsey@utc.com*
Bar No. ct05183

## Certificate of Service

I, Edward J. Dempsey, hereby certify that a copy of the foregoing Defendant Otis Elevator Company's Motion For Summary Judgment was served on all parties by mailing a copy thereof this 30th day of October 2003 to all counsel of record and the plaintiff, appearing pro se:

J. William Gagne, Jr.
J. William Gagne & Assoc.
1260 Silas Deane Highway
Wethersfield, CT 06109

John B. DeRay
1078 New Britain Avenue
Apt. 104
West Hartford, CT 06110

Robert Matisoff
Keith R. Bolek
O'Donoghue & O'Donoghue
4748 Wisconsin Avenue, NW
Washington, DC 20016

Edward J. Dempsey