UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DeRAY,<br>Plaintiff | : | CIVIL ACTION NO.<br>3:02 CV 2139 (JCH) |
| VS. | : | |
| RUSS LARSON, JEFF HASTINGS, ERNEST LOWE, OTIS ELEVATOR, RONALD KOERBEL, DOMINIC ACCARPIO, INT'L UNION OF ELEVATOR CONSTRUCTORS,<br>Defendants | : | OCTOBER 31, 2003 |

## DEFENDANT DOMINIC ACCARPIO'S MOTION TO DISMISS

Pursuant to Fed.R.Civ.Pro. 12(b)(6) and D.Conn. L.Civ.R. 7, defendant Dominic Accarpio hereby moves to dismiss the plaintiff's claims against him on the grounds that the plaintiff has failed to state a claim upon which relief can be granted. Specifically, such claims should be dismissed for the following reasons:

1. To the extent that he plaintiff has sued Mr. Accarpio, president of defendant International Union of Elevator Constructors, Local 91 [hereinafter the "Union"] in his individual capacity, and the plaintiff's claim against Mr. Accarpio alleges a breach of the Union's duty of fair representation, Mr. Accarpio, as an individual union member, is immune from liability;

2. Since the plaintiff's complaint is pled as a hybrid § 301 action, and since the only proper parties to such an action are the employer and the Union, the plaintiff cannot recover against Mr. Accarpio personally;

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

3. Since the Union is a private entity which can be sued, the plaintiff's claim against Mr. Accarpio in his "official" capacity is unnecessary and improper; and/or

4. Since the plaintiff has alleged no other properly-pled federal cause of action against Mr. Accarpio, the action should be dismissed as against this defendant.

A memorandum of law in support hereof is attached hereto.

DEFENDANT DOMINIC ACCARPIO

By _____
J. William Gagne, Jr.
Law Office of J. William Gagne, Jr. & Assoc., P.C.
1260 Silas Deane Highway
Wethersfield, CT 06109
(860) 522-5049
Federal Bar No. ct02126

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on October 31, 2003, to all counsel and pro se parties of record, as set forth below:

Mr. John B. DeRay
1078 New Britain Avenue, Apt. 104
West Hartford, CT 06110

Robert Matisoff, Esquire
Keith R. Bolek, Esquire
O'Donoghue & O'Donoghue
4748 Wisconsin Avenue, N.W.
Washington, DC 20016

Edward J. Dempsey, Esquire
United Technologies Corp.
United Technologies Building
Hartford, CT 06101

_____
J. William Gagne, Jr.