UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 OCT 31  A 10: 49

US DISTRICT COURT
BRIDGEPORT

| | |
|---|---|
| JOHN B. DeRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:02-CV-2139 (JCH) |
| ) | |
| RUSS LARSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS, AFL-CIO'S AND RONALD KOERBEL'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendants International Union of Elevator Constructors, AFL-CIO and Ronald Koerbel (collectively "International Union Defendants"), by and through undersigned counsel, respectfully request this Court grant summary judgment pursuant to Fed. R. Civ. P. 56. The absence of any genuine issue of material fact relating to all claims contained within the complaint filed by Plaintiff John B. DeRay in the above-referenced matter entitles the International Union Defendants to summary judgment as a matter of law.

The International Union Defendants have annexed a Local Rule 56(a)(1) Statement to their Motion for Summary Judgment. Furthermore, the International Union Defendants have attached a Memorandum in Support of their Motion for Summary Judgment setting forth the reasons in supporting the motion.

DATED: October 30, 2003

Respectfully submitted,

By: _____
Robert Matisoff (Bar No. ct05002)
Keith R. Bolek (Bar No. ct24482)
**O'DONOGHUE & O'DONOGHUE**
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 362-0041 – Telephone

By: _____
J. William Gagne (Bar No. ct02126)
**J. WILLIAM GAGNE & ASSOCS.**
1260 Silas Deane Highway
Wethersfield, CT 06109
(860) 522-5049 – Telephone

Attorneys for Defendants International
Union of Elevator Constructors, AFL-CIO
and Ronald Koerbel

109317_1