FILED

2003 OCT -6  P 12: 51

US [illegible]

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN DERAY  
    Plaintiff

CIVIL ACTION NO.
3:02-CV-2139 (JCH)

V.

RUSS LARSON, ET AL,  
    Defendants

October __2__ 2003

MOTION TO ADD OR CHANGE COMPLAINT JURISDICTION

Jurisdiction should read 29 USCS See 1985 liabilities and restrictions on labor and management suites by and against labor organizations.

_____
By the plaintiff John DeRay

The court having heard this motion hereby grants/denies this motion

By the court_____