UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

2003 OCT -6 P 12: 52

JOHN DERAY  
Plaintiff

CIVIL ACTION NO.
3:02-CV-2139 (JCH)

V.

RUSS LARSON, ET AL,  
Defendants

October 2, 2003

MOTION TO COMPELL UNDER RULE 37 FAILURE TO MAKE OR COOPERATE IN DISCOVERY SANCTIONS

In good faith the plaintiff John DeRay conferred with attorney Dempsey by telephone and letters in an effort to secure the disclosure of Interrogatories and request for production. The attached letter dated August 29, 2003 explains attorney Dempsey position.

The informal responses fail to answer and they are evasive.

The court having heard the motion here by grant/denies

By the court.

*John DeRay*  
By the plaintiff John DeRay

## CERTIFICATION OF SERVICE

I John DeRay the plaintiff hereby certifies that a copy of the forgoing motions were mailed or hand delivered to the following defendants. On this _2_ of October 2003.

J William Gagne, Jr.
J William Gagne & Assoc.
1260 Silas Deane Highway
Wethersfield, CT 06109

Robert Matisoff
Keith R. Bolek
O'Donoghue 7 O'Donoghue
4748 Wisconsin Avenue, NW
Washington DC, 20016

Edward Dempsey Esq.
United Technologies Corp.
United Technologies Building
Hartford, CT

Letters Previously sent

_____
By the plaintiff John DeRay