UNITED STATES DISTRICT COURT  **FILED**
DISTRICT OF CONNECTICUT

2003 SEP 19 A 9:45

CIVIL ACTION NO
3;02-CV-2139 (JCH)

46

Jeff Hasting,
Otis Elevator,
el, Dominic
International
ator Construstors (IUEC)
lants

September 15th 2003

PLAINTIFF'S

FOR ORDER COMPELLING DISCLOSURE OR DISCOVERY AND
PRIATE SANCTIONS. RULE (37) (2) MOTIONS (A) AND OTHER
F RULE 37 OR 26 THAT MAY PERTAIN SUCH AS 26.9 FAILURE TO
IN DISCOVERY.

concerns defendant Dominic Accarpio Business Agent Local 91 and the
iam Gagne Jr. For Local 91.

reads: Trial Preparation Materials category (A) a written statement signed
making it, ----. That statement in the form of a letter is attached and dated
03. The purpose of that letter is to in good faith confer with other affected
ffort to resolve the dispute without court action and to eliminate
elay or needless increase in the cost of litigation. A letter dated September
Attorney Kief R Bolek is also attached to this motion; it is a prompted
August 29, 2003 telephone conversation. At the September 4, 2003
intiff asked Attorney Gagne:
re of the letter received by his secretary He responded yes.
l did he intend to respond? He replied yes.
l when ? Attorney Gagne replied next week.
l would that be in writing? Attorney Gagne replied yes.

of this certification of this motion plaintiff has not received a reply from
ne.

---

Motion denied without prejudice to renew. The court does not understand what discovery the plaintiff seeks to compel. Informal discovery must be by agreement. Otherwise, a party must make a request in conformance with the Federal Rules of Civil Procedure. **SO ORDERED.** 10/30/03

Janet C. Hall, United States District Judge

FILED 2003 OCT 30 P 5:38
US DIST[RICT COURT]
BRIDGE[PORT]