UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

JOHN DERAY
Plaintiff

CIVIL ACTION NO.
3:02-CV-2139 (JCH)

v.

RUSS LARSON, ET AL,
Defendants

October 2, 2003

MOTION TO OVERULE DEFENDANTS OBJECTION TO INTERROGATORIES

The case law sited Edberg vs. CPI INC, _____F supp 2d _____ 2000 wl 1844651 (D Conn 2000 #398 CV 716 (JBA) is not on point because discovery was to be completed December 1, 1999 and discovery was served November 23, 1999 COMPARISON IS OFF POINT.

In DeRay vs. Larson Interrogatories were served July 10, 2003 and discovery was to be completed September 30, 2003 here the defendants are late. It was not until September 16, 2003, that the plaintiff learned that Ernest Lowe's Interrogatories resent on July 17, 2003 were not received and that Ernest Lowe was no longer employed by Otis.

In Elberg discovery was served with dirty hands that is late in DeRay discovery was timely, informal answers were late non responsive and unsigned. Attorney Dempsey filed an answer on behalf of Larson, Hasting, Lowe and Otis objecting to Larson Hastings and Lowe as parties yet he admits Interrogatories can only be served on parties. In order for discovery to work there must be fairness to opposing parties.

By the plaintiff John DeRay

The court having heard this motion enters the following ruling:
By the court.

[Handwritten margin note:] Treating this as a motion to compel, it is denied. The three persons to whom the discovery was addressed have been dismissed from the case (see Dkt. 6/63). The court will not compel a non-party to answer discovery once he is no longer a party. So ordered. [signature] 10/30/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT -6  P 12: 52

JOHN DERAY
    Plaintiff

CIVIL ACTION NO.
3:02-CV-2139 (JCH)

V.

RUSS LARSON, ET AL,
    Defendants

October 2, 2003

MOTION TO COMPELL UNDER RULE 37 FAILURE TO MAKE OR COOPERATE IN DISCOVERY SANCTIONS

In good faith the plaintiff John DeRay conferred with attorney Dempsey by telephone and letters in an effort to secure the disclosure of Interrogatories and request for production. The attached letter dated August 29, 2003 explains attorney Dempsey position.

The informal responses fail to answer and they are evasive.

The court having heard the motion here by grant/denies

By the court.

_John DeRay_
By the plaintiff John DeRay

## CERTIFICATION OF SERVICE

I John DeRay the plaintiff hereby certifies that a copy of the forgoing motions were mailed or hand delivered to the following defendants. On this __2__ of October 2003.

J William Gagne, Jr.
J William Gagne & Assoc.
1260 Silas Deane Highway
Wethersfield, CT 06109

Robert Matisoff
Keith R Bolek
O'Donoghue 7 O'Donoghue
4748 Wisconsin Avenue, NW
Washington DC, 20016

Edward Dempsey Esq.
United Technologies Corp.
United Technologies Building
Hartford, CT

Letters Previously sent

_____
By the plaintiff John DeRay