RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN DERAY
    Plaintiff

CIVIL ACTION NO.
3:02-CV-2139 (JCH)

V.

RUSS LARSON, ET AL,
    Defendants

October 2, 2003

MOTION TO REVERCE OR MODIFY RULEING, Dated September 16, 2003

The courts recent ruling on September 16, 2003 that removed Larson, Hastings and Lowe as parties to the suite in their official capacity is causing a problem the court is most likely unaware of.

On July 10, 2003 the plaintiff served Interrogatories by 1st class mail on Larson, Hastings and Lowe and to date those Interrogatories have gone unanswered. Attorney for these parties and Otis informed the plaintiff that this ruling removes their obligation to answer. I find rule 26 (d) timing and sequence of discovery is being undermined because the Interrogatory answers were overdue and promised in an informal letter dated August 29, 2003.

Plaintiff was informed by a letter dated July 11, 2003 from attorney Dempsey that he receive Interrogatories directed to Hastings and Larson, but nothing to Ernest Lowe. On July 17, plaintiff sent another copy to attorney Dempsey 1st class mail. On August 27, 2003 plaintiff sent a letter to attorney Dempsey concerning overdue answers to Interrogatories, Dempsey answered that letter August 29, 2003 with no mention of Ernest Lowe. On September 16, 2003 plaintiff was informed that attorney Dempsey did not receive the July 17, 2003 duplicate set of Interrogatories to Ernest Lowe. Plaintiff hand delivered those Interrogatories to Dempsey secretary and Interrogatories directed to Otis as to the whereabouts of Ernest Lowe, because he was no longer employed by Otis. I am enclosing those letters referred to and underlined.

These Interrogatories cannot be fairly or properly addressed by other members of the Otis staff because those Interrogatories refer to specific confrontation between the plaintiff and the named Otis defendant.

Stated in rule 26 (d) in part discovery whether by deposition or otherwise, does not operate to delay another parties discovery.