02CV2139 Union's mot ex t of time

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DeRAY, <br>     Plaintiff | : <br> :    CIVIL ACTION NO. <br> :    3:02 CV 2139 (JCH) |
| VS. | : |
| RUSS LARSON, JEFF HASTINGS, ERNEST LOWE, OTIS ELEVATOR, RONALD KOERBEL, DOMINIC ACCARPIO, INT'L UNION OF ELEVATOR CONSTRUCTORS, <br>     Defendants | : <br> : <br> : <br> : <br> :    OCTOBER 31, 2003 |

### DEFENDANT INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS, LOCAL 91'S MOTION FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION

Pursuant to D.Conn. L.Civ.R. 7(b), defendant International Union of Elevator Constructors, Local 91 [hereinafter the "Union"] respectfully requests an extension of time, to **Friday, November 14, 2003,** to file its dispositive motion the instant case.

Although the Union attempted to complete the motion by the deadline for dispositive motions, this proved to be impossible in light of the factual complexity of the issues presented. In addition, the undersigned counsel is scheduled to begin trial early in November. Accordingly, the two-week extension is necessary in order for the Union to present the Court with thorough analysis of the relevant facts and law.

Counsel for the Union attempted unsuccessfully to reach the plaintiff by telephone to ascertain his position as to the requested extension. Attorney Keith Bolek, counsel for International Union of Elevator Constructors and Ron Koerbel, and Attorney Edward Dempsey, counsel for Otis Elevator Company, consent to the granting of this motion.

This is the first time that the Union has sought an extension of this deadline.

MOTION GRANTED. SO ORDERED. Janet C. Hall, U.S.D.J. 11/5/03