02cv2139 m Add

FILED
2003 OCT -6 P 12: 51
US [illegible]

Treating this as a motion to amend complaint, and absent objection, it is granted. SeeOrder. 11/9/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN DERAY
Plaintiff

CIVIL ACTION NO.
3:02-CV-2139 (JCH)

V.

RUSS LARSON, ET AL,
Defendants

October __2__ 2003

MOTION TO ADD OR CHANGE COMPLAINT JURISDICTION

Jurisdiction should read 29 USCS See 1985 liabilities and restrictions on labor and management suites by and against labor organizations.

FILED 2003 NOV 10 P 3: 12
US DISTRICT COURT
BRIDGEPORT CT

By the plaintiff John DeRay

The court having heard this motion hereby grants/denies this motion

By the court _____