02cv2139 mcomp

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

JOHN DERAY
Plaintiff

2003 OCT -6 P 12: 52

CIVIL ACTION NO.
3:02-CV-2139 (JCH)

RUSS LARSON, ET AL,
Defendants

October 2, 2003

MOTION TO COMPELL UNDER RULE 37 FAILURE TO MAKE OR COOPERATE IN DISCOVERY SANCTIONS

In good faith the plaintiff John DeRay conferred with attorney Dempsey by telephone and letters in an effort to secure the disclosure of Interrogatories and request for production. The attached letter dated August 29, 2003 explains attorney Dempsey position.

The informal responses fail to answer and they are evasive.

The court having heard the motion here by grant/denies

By the court

2003 NOV 10 P 12
US DISTRICT COURT
BRIDGEPORT CT

By the plaintiff John DeRay

*Handwritten margin note:* There is no letter attached, nor does the court know what interrogatories or requests are sought to be compelled. Because the motion is denied without prejudice to renew. So ordered. [signature] 11/10/03