UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 19 P 12: 23
US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| JOHN DeRAY,<br>    Plaintiff | : | CIVIL ACTION NO.<br>3:02 CV 2139 (JCH) |
| VS. | : | |
| RUSS LARSON, JEFF HASTINGS, ERNEST LOWE, OTIS ELEVATOR, RONALD KOERBEL, DOMINIC ACCARPIO, INT'L UNION OF ELEVATOR CONSTRUCTORS,<br>    Defendants | : | NOVEMBER 18, 2003 |

**DEFENDANTS INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS, LOCAL 91 AND DOMINIC ACCARPIO'S MOTION FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION NUNC PRO TUNC**

The defendants International Union of Elevator Constructors, Local 91 and Dominic Accarpio, hereby respectfully re-submit their request for an extension of time, to **Wednesday, November 26, 2003,** to file their dispositive motion in the instant case nunc pro tunc. The defendants International Union of Elevator Constructors, Local 91 and Dominic Accarpio previously filed a motion for extension of time to file their dispositive motion on November 14, 2003, which was returned by the Court because of the inadvertent absence of the signature of Attorney J. William Gagne, Jr. on the motion.

The extension is sought on the grounds that Attorney P. Jo Anne Burgh, who is primarily responsible for the preparation of a motion to dismiss and/or motion for summary judgment, underwent surgery on November 6, 2003. It was anticipated that Attorney Burgh would be able to return to work in time to complete the motion, on which she had commenced work prior to her surgery; however, post-operative complications have prevented her from doing so. In addition, Attorney J. William Gagne, Jr., who has been working on other aspects of this matter, is scheduled to commence trial in New Britain Superior Court this week.

Accordingly, it is not possible for the Union and Dominic Accarpio to complete and file their dispositive motion by November 14, 2003.

WHEREFORE, the Union and Mr. Accarpio respectfully asks that the Court grant this extension.

DEFENDANT, INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS, LOCAL 91 AND DOMINIC ACCARPIO

By /s/ J. William Gagne, Jr.
J. William Gagne, Jr.
Law Office of J. William Gagne, Jr.
& Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT 06109
(860) 522-5049
Federal Bar No. ct02126
Their Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on November 18, 2003, to all counsel and pro se parties of record, as set forth below:

Mr. John B. DeRay
1078 New Britain Avenue, Apt. 104
West Hartford, CT 06110

Robert Matisoff, Esquire
Keith R. Bolek, Esquire
O'Donoghue & O'Donoghue
4748 Wisconsin Avenue, N.W.
Washington, DC 20016

Edward J. Dempsey, Esquire
United Technologies Corp.
United Technologies Building
Hartford, CT 06101

/s/ J. William Gagne, Jr.
J. William Gagne, Jr.