UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 19 P 12: 23

| | |
|---|---|
| JOHN DeRAY,<br>Plaintiff | :<br>: CIVIL ACTION NO.<br>: 3:02 CV 2139 (JCH) |
| VS. | : |
| RUSS LARSON, JEFF HASTINGS, ERNEST<br>LOWE, OTIS ELEVATOR, RONALD<br>KOERBEL, DOMINIC ACCARPIO, INT'L<br>UNION OF ELEVATOR CONSTRUCTORS,<br>Defendants | :<br>:<br>:<br>:<br>: NOVEMBER 18, 2003 |

### DEFENDANTS INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS, LOCAL 91 AND DOMINIC ACCARPIO'S MOTION FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION NUNC PRO TUNC

The defendants International Union of Elevator Constructors, Local 91 and Dominic Accarpio, hereby respectfully re-submit their request for an extension of time, to **Wednesday, November 26, 2003,** to file their dispositive motion in the instant case nunc pro tunc. The defendants International Union of Elevator Constructors, Local 91 and Dominic Accarpio previously filed a motion for extension of time to file their dispositive motion on November 14, 2003, which was returned by the Court because of the inadvertent absence of the signature of Attorney J. William Gagne, Jr. on the motion.

The extension is sought on the grounds that Attorney P. Jo Anne Burgh, who is primarily responsible for the preparation of a motion to dismiss and/or motion for summary judgment, underwent surgery on November 6, 2003. It was anticipated that Attorney Burgh would be able to return to work in time to complete the motion, on which she had commenced work prior to her surgery; however, post-operative complications have prevented her from doing so. In addition, Attorney J. William Gagne, Jr., who has been working on other aspects of this matter, is scheduled to commence trial in New Britain Superior Court this week.

*[Handwritten margin note: Motion Granted to Nov. 26, 2003. So Ordered.]*