UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DeRAY, | 2003 NOV 26  P 3: 16 |
| Plaintiff | CIVIL ACTION NO. |
| | 3:02 CV 2139 (JCH) |
| VS. | |
| | |
| RUSS LARSON, JEFF HASTINGS, ERNEST | |
| LOWE, OTIS ELEVATOR, RONALD | |
| KOERBEL, DOMINIC ACCARPIO, INT'L | |
| UNION OF ELEVATOR CONSTRUCTORS, | |
| Defendants | NOVEMBER 26, 2003 |

**MOTION FOR SUMMARY JUDGMENT OF**
**DEFENDANT INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS,**
**LOCAL 91**

Pursuant to Fed.R.Civ.Pro. 56 and D.Conn. L.Civ.R. 7 and 56, defendant International Union of Elevator Constructors, Local 91 [hereinafter the "Union"] hereby moves for summary judgment with respect to the plaintiff's claims against it:

1. The plaintiff has failed to allege, and cannot prove, a viable claim for a breach of the duty of fair representation;

2. Even if the plaintiff had alleged and could prove an otherwise viable claim for a breach of the duty of fair representation, such claim is time-barred;

3. Even if the plaintiff had alleged and could prove an otherwise viable claim for a breach of the duty of fair representation, and even if such claim was not time-barred, the plaintiff failed to exhaust his administrative remedies, and so his claim is barred.

A memorandum of law in support hereof is attached hereto.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

DEFENDANT, INTERNATIONAL UNION OF
ELEVATOR CONSTRUCTORS, LOCAL 91

By _____
J. William Gagne, Jr., Esq.
Gagne & Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT 06109
(860) 522-5049
Federal Bar No. ct02126

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on November 26, 2003, to all counsel and pro se parties of record, as set forth below:

Mr. John B. DeRay
1078 New Britain Avenue, Apt. 104
West Hartford, CT 06110

Robert Matisoff, Esq.
Keith R. Bolek, Esq.
O'Donoghue & O'Donoghue
4748 Wisconsin Avenue, N.W.
Washington, DC 20016

Edward J. Dempsey, Esq.
United Technologies Corp.
United Technologies Building
Hartford, CT 06101

_____
J. William Gagne, Jr., Esq.

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DeRAY,<br>　　Plaintiff<br><br>VS.<br><br>RUSS LARSON, JEFF HASTINGS, ERNEST LOWE, OTIS ELEVATOR, RONALD KOERBEL, DOMINIC ACCARPIO, INT'L UNION OF ELEVATOR CONSTRUCTORS,<br>　　Defendants | :<br>:　CIVIL ACTION NO.<br>:　3:02 CV 2139 (JCH)<br>:<br>:<br>:<br>:<br>:<br>:<br>:　NOVEMBER 26, 2003 |

### INDEX OF ATTACHMENTS TO
### MOTION FOR SUMMARY JUDGMENT OF
### DEFENDANT INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS, LOCAL 91

1. Memorandum of Law in Support of Motion for Summary Judgment of Defendant International Union of Elevator Constructors, Local 91, and documents in support thereof:

    - Ycaza v. CT Transit-Stamford Division, __ F.Supp.2d __, 2003 WL 22427762 (D.Conn. 2003)

    - Affidavit of Dominic Accarpio

    - Excerpts from Transcript of Deposition of John DeRay, dated September 4, 2003

    - Exhibit 3 from deposition of John DeRay—Excerpt from Otis Employee Safety Handbook

    - Exhibit 4 from deposition of John DeRay—Excerpts from Otis Elevator Company Agreement with International Union of Elevator Constructors for the period from July 9, 1997 to July 8, 2002

    - Exhibit 5 from deposition of John DeRay—Letter, dated December 10, 2001, from John DeRay to "The designated company representative who shall be discussing the grievance brought to the attention of Russ Larson due [sic] the fact that the grievance centers around Mr. Larson" (both marked versions)

- Exhibit 6 from deposition of John DeRay—Memorandum, dated January 28, 2002, from Russ Larson to "All Construction Personnel"

- Exhibit 7 from deposition of John DeRay—Letter, dated February 6, 2002, from Russ Larson to John DeRay

- Exhibit 8 from deposition of John DeRay—Letter, dated February 12, 2002, from John DeRay to National Arbitration Committee

- Exhibit 9 from deposition of John DeRay—Letter, dated February 22, 2002, from John DeRay to "To Whom It May Concern"

- Copy of affidavit of Ronald Koerbel (without attachments)

2. **Statement pursuant to D.Conn., L.Civ.R. 56(a)**

3. **Notice to Pro Se Litigant Opposing Motion for Summary Judgment as Required by Local Rule of Civil Procedure 56(b)**