RECEIVED 2003

United States District Court
District of CT

FILED
2003 DEC -4 A 11:04

John B DeRay
    Plantiff

v.

USS Larson, et al.,
    Defendants

Civil Action No.
3:02 CV 2139 (JCH)

November 29 2003

Motion for Extention of time
To complete and file Plantiffs
Civil Procedure 56(b)

Plantiff does not type, he has a typest who has the civil procedure 56 b statement complete except that it was done single space. Plantiff Learned this would not be excepted by the court. My Typest Roxanne Gill was to ill to handel the task yesterday and today and therefore the Plantiff will need additional time to file approprately.

Plantiff Request an additional week ~~to~~

[margin annotations: "Motion Granted to 12/8/03 re: Obs' Motion and Dec 30, 2003 re: IVEC of Pl's Motion. So Ordered. [signature] 10/8/03"]

File Opposition motion 56(b) to defendants Otis Elevators 56(a) Plantiff Request that time be extended to Dec, 8 2003

By the court

Plantiff further request Additional time to file Opposition to IUEC and Ron Koerbals 56(a) statement to be moved up to Dec 30 2003

By the court

The Plantiff
John DeRay
John DeRay

Certification of service Enclosed

Certificate Of Service

Plaintiff John DeRay certifies that a copy of this motion was mailed by first class mail or hand delivered on this 29 day of Nov. 2003 to the following:

J William Gagne Jr.  
Law Office of J William  
Gagne Jr & Assoc, P.C.  
1260 Silas Deane Highway  
Wethersfield Ct 06109

Edward J Dempsey, Esquire  
United Technologies Corporation  
United Technologies Bldg  
Hartford, CT 06101

Keith R Bolek  
O'Donoghue & O'Donoghue  
4748 Wisconsin Avenue, NW  
Washington, DC 20016

_____  
By the plaintiff John DeRay