FILED

2003 DEC -4 P 1: 03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

John DeRay
Plaintiff

CIVIL ACTION NO
3:02CV-2139 (JCH)

VS.

Russ Larson, Jeff Hastings,
Ernest Lowe, Otis Elevator,
Ronald Koerbel, Dominic
Accarpio and Internation
Union of Elevator Constructions (IUEC)
Defendants

December 2nd ~~November~~, 2003

Local Rule 56 (A) 2 Statement

#1 Admitted

#2 First sentence admitted
   Second sentence admitted in part

#2 Error in numbering – denied

#3 First sentence admit second sentence to ambiguous to admit or deny

#4 Accuracy is too ambiguous to admit or deny

#5 Denied

#6 Denied

#7 Admitted in part denied in part

#8 Admitted in part denied in part

#9 To ambiguous to admit or deny

#10 Denied

#11 Admitted

#12 Admitted

By The Plantiff
John DeRay

1

Certificate Of Service

Plaintiff John DeRay certifies that a copy of this motion was mailed by first class mail or hand delivered on this 2nd day of December 2003 to the following:

J William Gagne Jr.
Law Office of J William
Gagne Jr & Assoc, P.C.
1260 Silas Deane Highway
Wethersfield Ct 06109

Edward J Dempsey, Esquire
United Technologies Corporation
United Technologies Bldg
Hartford, CT 06101

Keith R Bolek
O'Donoghue & O'Donoghue
4748 Wisconsin Avenue, NW
Washington, DC 20016

_____
By the plaintiff John DeRay
1078 New Britain Ave
West Hartford Ct 06110