RECEIVED

FILED
2003 DEC 22 P 12:53

United States District Court
District of Ct

DeRay                    Civil no 3:02 cv 2139 JCH

vs

Larson                   December 10 2003

<u>Leave to file Affidavits as they Are</u>

The Plantiff is a Pro Se Litigant following to the best of my ability a Notice to Pro Se Litigant Opposing Motion for Summary Judgement As Required by Local Rule of Civil Procedure 56(b) Thoes Affidavits were returned to the plantiff because They had no case number or case caption which the plantiff has Added to the Affidavits for Identafacation.

also checked was failure to double space and I request a Leave to file single spaced this time because the Rules that I recieved say nothing about Affidavits being double spaced. It would also require Re typing and re notarizing. Witnesses are not easy to come by and they should not be discoraged, nor should a citizen seeking Justice The signed an swarn Affidavits along with the motion are being resubmitted with this Request.

The Plantiff

*[signature]*

Certificate Of Service

Plaintiff John DeRay certifies that a copy of this ~~motion~~ Leave to File was mailed by first class mail or hand delivered on this 19th day of December 2003 to the following:

J William Gagne Jr.
Law Office of J William
Gagne Jr & Assoc, P.C.
1260 Silas Deane Highway
Wethersfield Ct 06109

Edward J Dempsey, Esquire
United Technologies Corporation
United Technologies Bldg
Hartford, CT 06101

Keith R Bolek
O'Donoghue & O'Donoghue
4748 Wisconsin Avenue, NW
Washington, DC 20016

By the plaintiff John DeRay

Affidavits were sent to Attorneys above on December 2, 2003