FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 DEC 18  P 12: 22

John DeRay
Plaintiff

CIVIL ACTION NO
3:02-CV-2139 (JCH)

VS.

Russ Larson, Jeff Hasting,
Ernest Lowe, Otis Elevator
Ronald Koerbel, Dominic
Accarpio and Internation
Union of Elevator Constructions (IUEC)
    Defendants

Dec. 17, 2003

MOTION OF EXTENSION OF TIME TO FILE STATEMENTS AND DOCUMENTS IN SUPPORT OF PLAINTIFFS DISPUTED ISSUES OF MATERIAL FACT LOCAL RULE 56 (A) 2 disputing IUEC Local 91 and IUEC Koerbal

Defendant is nearly finished with disputed issues, but request an additional 10 days which is necessary to complete the documents.

Plaintiff request is to extend due date to Dec. 28, 2003.

By the plaintiff John DeRay

This motion for extension of time is hereby granted/denied.

By the court.

Certificate Of Service

Plaintiff John DeRay certifies that a copy of this motion was mailed by first class mail or hand delivered on this _17_ day of _December_ 2003 to the following:

J William Gagne Jr.
Law Office of J William
Gagne Jr & Assoc, P.C.
1260 Silas Deane Highway
Wethersfield Ct 06109

Edward J Dempsey, Esquire
United Technologies Corporation
United Technologies Bldg
Hartford, CT 06101

Keith R Bolek
O'Donoghue & O'Donoghue
4748 Wisconsin Avenue, NW
Washington, DC 20016

_____
By the plaintiff John DeRay