

RECEIVED

FILED

2003 DEC 30 P 2: 26

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

JOHN B. DeRAY,

    Plaintiff,

v.                                 Case No. 3:02-CV-2139 (JCH)

RUSS LARSON, et al.,

    Defendants.                   Date December 26 2003

**Local Rule 56 (a) 2 Statement**
**Plaintiffs Disputed issues of Material Fact**
**as presented in Defendants IUEC**
**Local 91 and Ronald J. Koerbal's**
**Memorandum in Support of**
**Motion for Summery Judgment**

**Plaintiffs Opposition to Defendants Statement of Facts**

Plaintiff opposition to (The Facts) have already been disputed in Plaintiff's opposing arguments to defendant Otis memorandum of Law. The Plaintiff also disputes the alleged facts in a Counter Affidavit. When a memorandum of Law such as the defendants is based on a fraudulent or misleading affidavits of Koerbal and Accarpio, any allocations asserted in a statement of fact, which rely on fraudulent affidavits, are also or should be considered bad faith. "Mere negligence on the Union Part will not establish a breach of the duty of fair representation." However, the arbitrary disregard of a meritorious grievance or the perfunctory processing of it would constitute a breach of the duty of Fair Representation." Vaca, 386 U.S. at 177, 190, United Steelworkers of Am. V. Rawson, 495 U.S. 362, 374 (1990). Murphy, 123 F. Supp. 2d at 58 (quoting Cruz v. Local Union No. 3

1

Int'l Bhd. Of Elec. Workers, 34 F .3d 1148, 1153 (2d Cir. 1994)). Hines v. Anchor Motor Freight, Inc., 424 U.S. 554, 567 (1976). White v. White Rose Food, 237 F.3d 174, 179 (2d Cir. 2001); Vargas v. Hill, 152 F. Supp.2d 315, 320, n.6 (S.D.N.Y. 2001). Interrogatories Accarpio Exhibit 7 Interrogatory # 1 proves the Plaintiffs grievances have merit, and therefore a reasonable Jury could be shown the Plaintiff case is based on grievance issues of material fact.

By the Plaintiff
John DeRay

Certification of Service

The forgoing was mailed or hand delivered On December 26 2003

To:

William Gagne                                Edward Dempsey

Keith R. Bolek

By the Plaintiff
John DeRay

2