RECEIVED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED 2003 DEC 30 P 2:25

JOHN B. DeRAY

    Plaintiff,

v.                              Case No. 3:02-CV-2139 (JCH)

RUSS LARSON, et al.,

    Defendants.                Date December 26 2003

**Plaintiffs Local Rule 56 (a) 2 Statement
And Documents in Support of Plaintiffs
Disputed Issues, of Fact
as claimed by Ron Koerbal and The IUEC**

Plaintiff Admits paragraphs 1 through 13 and 15. Paragraph 14 address Article VII Construction work and that is Admitted however the Koerbal Affidavit is addressed in a counter Affidavit by John DeRay and therefore statements in paragraph 12 of Koerbal's Affidavit 6-8 are denied.

Paragraphs 16, 17, 18 are Admitted to the extent that Operating of Elevators is not addressed. It's work that is performed either by Elevator personnel or Operating Engineers. Affidavits DeRay and Winn, also DeRay Dep. at p. 48. The Koerbal Affidavit reference paragraphs 8-9 is denied because it is a false statement. A counter Affidavit by John DeRay is being submitted with this opposition statement.

/

Paragraphs 19 through 24 are admitted

Paragraph 25 denied

Paragraphs 26,27,28,29,30,31,32,33 Admitted

Paragraph 34 denied add DeRay dep. p.47 and paragraph 34 is Admitted

Paragraph 35,36,37,38, Admitted

Paragraphs 39,40,41,42,43,44, are Admitted and they provide a complete outline of grievance procedure, which did not take place in this case.

45. Denied see Exhibit __2 and ¶ 40__

46. Denied see Exhibit __2 and ¶ 40__

47. Denied see Exhibit __2 and ¶ 40__

48. Denied Ambiguous

49. Admitted

50. Admitted

51. Admitted

52-53 __Admitted__

54. Denied I do not recall the specific date I first contacted Ron Koerbal

55-56-57-58, Admitted

59. Denied Plaintiff was not given due notice and therefore was not present see Defendant statement of Fact Questions.

60. Denied Ambiguous see Affidavit DeRay

61. Denied Ernest Lowe no, longer works for Otis and no information has been addressed including interrogatories, Plaintiff to Ernest Lowe