RECEIVED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2003 DEC 30  P 2: 25

JOHN B. DeRAY,

    Plaintiff,

v.                                                          Case No. 3:02-CV-2139 (JCH)

RUSS LARSON, et al.,

    Defendants.                               Date December 26 2003

**Plaintiffs Local Rule 56 (a) 2 Statement
Of Admission or Denial of moving Party Local 91**

Paragraphs 1, 2, 3, 5, 7, 9, 17, 20, 23, 25, 26, 27, 30, 31, 32, 36, 37, 42 Are Admitted

Paragraphs 4, 6, 8, 10, 11, 12, 13, 14, 15, 16, 18, 19, 21, 22, 24, 28, 29, 33, 34, 35, 38, 39, 40, 41 Are Denied

By the Plaintiff
John DeRay

Certification of Service

A true and attest copy of the forgoing was mailed or hand delivered

On December 26 2003                                    To:

William Gagne                                          Edward Dempsey
                                                       By the Plaintiff
        Keith R. Bolek

John DeRay

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

------------------------------------------------x

John DeRay

vs.                                  :Civil No. 3:02 cv 2139 (JCH)

Russ Larson

------------------------------------------------x

FILED
2003 DEC 30 P 2: 25

## ORDER RETURNING SUBMISSION

The Clerk has received your **Plaintiffs Local Rule 56(a)(2) Statement of Admission or Denial of moving Party Local 91** however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. ✔ **L.R.5(b)**
   _ No certificate of service attached to pleading
   ✔ **Certificate of service fails to list names and addresses of all parties served**
   _ Certificate of service is not signed

2. _ L.R.5(d)    Failure to submit document under seal

3. _ L.R.10
   _ Failure to sign pleading (original signature)
   _ Failure to double space
   _ Margin is not free of printed matter
   _ Left hand margin is not one inch
   _ Judge's initials do not appear after the case number
   _ Docket number is missing
   _ Failure to supply federal bar number
   _ Holes not punched in document

4. _ L.R.68    Failure to file offer of judgment in a sealed envelope

5. _ L.R.83.1(d)    Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. _ Other    ____

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date:_____                _____
                                 United States District Judge

(TMS)

rev. 1/1/03