

RECEIVED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 DEC 30  P 2: 26

JOHN B. DeRAY,

      Plaintiff,

v.                                                                    Case No. 3:02-CV-2139 (JCH)

RUSS LARSON, et al.,

      Defendants.                                 Date *December 26 2003*

### Plaintiffs Local Rule 56 (a) 2 Statement
### Of Admission or Denial of moving
### Party Ronald Koerbals (IUEC)

Paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 26, 27, 28, 29, 30, 31, 32, 33, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 49, 50, 51, 52, 53, 55, 56, 57, 58

Admitted

Paragraphs 14, 25, 45, 46, 47, 48, 54, 59, 60, 61, 62, 63, 64Denied

By the Plaintiff
John DeRay

### Certification of Service

A true and attest copy of the forgoing was mailed or hand delivered

On *December 26 2003*                              To:

William Gagne                                          Edward Dempsey

               Keith R. Bolek          By the Plaintiff
John DeRay

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

JOHN B. DeRAY,

      Plaintiff,

v.                        Case No. 3:02-CV-2139 (JCH)

RUSS LARSON, et al.,

      Defendants.           Date December 26, 2003

Table of Contents

1.  Plaintiffs Rule 56 (a) 2 statement of admission or denial of moving party Ronald Koerbal and IUEC

2.  Plaintiffs Rule 56 (a) 2 statement of admissions or denials of moving party Local 91

3.  Plaintiffs Local Rule 56 (a) 2 Disputed Issues of material fact submitted by Ron Koerbal and the IUEC Introduction

4.  Plaintiffs Local Rule 56 (a) 2 statement and documents in support of Plaintiffs disputed Issues of Fact as claimed by Ron Koerbal and the IUEC

5.  Local Rule 56 (a) 2 statement, Plaintiffs disputed issues of material fact as presented in defendants IUEC, Local 91, and Ron Koerbals Memorandum in support of motion for summery Judgment

6.  Local Rule 56 (a) 2 Disputed Issues of material fact as submitted by Local 91

7.  Counter Affidavit to Koerbal Affidavit

*1*

8.  Counter Affidavit to Dominic Accarpio

9.  Certification of Service

10. Exhibits 16-17-18-19

Certification of Service

A True and attest copy of the forgoing was mailed first class mail or hand delivered

On December 26 2003

To:


William Gagne Jr.                                        Edward Dempsey


                          Keith R. Bolek


                                   By the plaintiff

                                   John DeRay

2