RECEIVED

02CV2139 RULE 16

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 DEC 11  P 12: 27

John DeRay  
Plaintiff

CIVIL ACTION NO
3:02CV-2139 (JCH)

VS.

Russ Larson, Jeff Hasting,  
Ernest Lowe, Otis Elevator  
Ronald Koerbel, Dominic  
Accarpio and International  
Union of Elevator Construction (IUEC)  
Defendants

December 2, 2003

Motion denied, So Ordered

PLAINTIFFS MOTION FOR PRETRIAL CONFERENCES
RULE 16

In accordance with (a) pretrial conferences;

Objectives

The plaintiff respectfully submits:

Defendant Otis Elevator submitted a motion for summary judgement under rule 56 (a)

That motion addressed the company's position.

It also addressed the Unions position.

Plaintiff filed opposition under rule 56 (b) which addressed both company and union's

Positions.

Defendant IUEC and Koerbal also submitted a motion for summary judgement which the

plaintiff finds similar in nature to the Otis motion however that motion although similar,

differs to the extent that plaintiff must submit a rule 56 (b) opposition.

Defendant IUEC Local 91 and Dominic Accarpio have requested and extention of time

To file their similar motion which will most likely be supported with similar defences and

1