57

RECEIVED /TMS

FILED

02CV2139LVF (cont'd)

2003 DEC 22 P 12:53

United States District Court
District of Ct

DeRay

Civil no 3:02 cv 2139 JCH

vs

Larson

December 10 2003

12/29/03

Leave Granted - So Ordered.

Leave to file Affidavits as they Are

The Plantiff is a Pro Se Litigant following to the best of my ability a Notice to Pro Se Litigant Opposing Motion for Summary Judgement As Required by Local Rule of Civil Procedure 56(b)

Those Affidavits were returned to the Plantiff because They had no case number or case caption which the Plantiff has Added to the Affidavits for Identafacation.