UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
02CV2139MEXTTIME
2003 DEC 18 P 12: 22

John DeRay
Plaintiff

CIVIL ACTION NO
3:02-CV-2139 (JCH)

VS.

Russ Larson, Jeff Hasting,
Ernest Lowe, Otis Elevator
Ronald Koerbel, Dominic
Accarpio and Internation
Union of Elevator Constructions (IUEC)
Defendants

Dec. 17, 2003

MOTION OF EXTENSION OF TIME TO FILE STATEMENTS AND DOCUMENTS
IN SUPPORT OF PLAINTIFFS DISPUTED ISSUES OF MATERIAL FACT LOCAL
RULE 56 (A) 2 disputing IUEC Local 91 and IUEC Koerbal

Defendant is nearly finished with disputed issues, but request an additional 10 days which is necessary to complete the documents.

Plaintiff request is to extend due date to Dec. 28, 2003.

By the plaintiff John DeRay

This motion for extension of time is hereby granted/denied.

By the court.

MOTION GRANTED.
SO ORDERED
Janet C. Hall, U.S.D.J.
12/31/03