UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 15 A 11: 49

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| JOHN DeRAY,<br>    Plaintiff | :<br>:  CIVIL ACTION NO.<br>:  3:02 CV 2139 (JCH) |
| VS. | : |
| RUSS LARSON, JEFF HASTINGS, ERNEST<br>LOWE, OTIS ELEVATOR, RONALD<br>KOERBEL, DOMINIC ACCARPIO, INT'L<br>UNION OF ELEVATOR CONSTRUCTORS,<br>    Defendants | :<br>:<br>:<br>:<br>:  JANUARY 14, 2004 |

**DEFENDANT INTERNATIONAL UNION OF ELEVATOR
CONSTRUCTORS, LOCAL 91's FIRST REQUEST FOR EXTENSION OF TIME
TO REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT
NUNC PRO TUNC**

Pursuant to D.Conn. L.Civ.R. 7(b), defendant International Union of Elevator Constructors, Local 91 hereby requests an extension of time to reply to plaintiff's Response to Motion for Summary Judgment up to and including January 28, 2004, nunc pro tunc Despite diligent effort, counsel has been unable to ascertain, pro se plaintiff, John DeRay's position with respect to this extension request. This is the first request for an extension.

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

DEFENDANT, INTERNATIONAL UNION OF
ELEVATOR CONSTRUCTORS, LOCAL 91

By _____
J. William Gagne, Jr.
Law Office of J. William Gagne, Jr.
& Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT 06109
(860) 522-5049
Federal Bar No. ct02126

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on January 14, 2004, to all counsel and pro se parties of record, as set forth below:

Mr. John B. DeRay
1078 New Britain Avenue, Apt. 104
West Hartford, CT 06110

Robert Matisoff, Esquire
Keith R. Bolek, Esquire
O'Donoghue & O'Donoghue
4748 Wisconsin Avenue, N.W.
Washington, DC 20016

Edward J. Dempsey, Esquire
United Technologies Corp.
United Technologies Building
Hartford, CT 06101

_____
J. William Gagne, Jr.