UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 15 A 11:49
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| JOHN DeRAY,<br>    Plaintiff | :<br>: CIVIL ACTION NO.<br>: 3:02 CV 2139 (JCH) |
| VS. | : |
| RUSS LARSON, JEFF HASTINGS, ERNEST LOWE, OTIS ELEVATOR, RONALD KOERBEL, DOMINIC ACCARPIO, INT'L UNION OF ELEVATOR CONSTRUCTORS,<br>    Defendants | :<br>:<br>:<br>:<br>: JANUARY 14, 2004 |

**DEFENDANT INTERNATIONAL UNION OF ELEVATOR
CONSTRUCTORS, LOCAL 91's FIRST REQUEST FOR EXTENSION OF TIME
TO REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT
NUNC PRO TUNC**

Pursuant to D.Conn. L.Civ.R. 7(b), defendant International Union of Elevator Constructors, Local 91 hereby requests an extension of time to reply to plaintiff's Response to Motion for Summary Judgment up to and including January 28, 2004, nunc pro tunc  Despite diligent effort, counsel has been unable to ascertain, pro se plaintiff, John DeRay's position with respect to this extension request.  This is the first request for an extension.

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

MOTION GRANTED.
SO ORDERED.
Janet C. Hall, U.S.D.J.
1/22/04