UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 28  A 11: 38

| | |
|---|---|
| JOHN DeRAY,<br>Plaintiff | CIVIL ACTION NO.<br>3:02 CV 2139 (JCH) |
| VS. | |
| RUSS LARSON, JEFF HASTINGS, ERNEST LOWE, OTIS ELEVATOR, RONALD KOERBEL, DOMINIC ACCARPIO, INT'L UNION OF ELEVATOR CONSTRUCTORS,<br>Defendants | JANUARY 14, 2004 |

**DEFENDANT INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS, LOCAL 91's SECOND REQUEST FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

Pursuant to D.Conn. L.Civ.R. 7(b), defendant International Union of Elevator Constructors, Local 91 hereby requests an extension of time of one week to reply to plaintiff's Response to Motion for Summary Judgment up to and including February 4, 2004. Pro se plaintiff, John DeRay objects to this extension request. This is the second request for an extension.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

DEFENDANT, INTERNATIONAL UNION OF
ELEVATOR CONSTRUCTORS, LOCAL 91

By_____
J. William Gagne, Jr.
Law Office of J. William Gagne, Jr.
& Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT 06109
(860) 522-5049
Federal Bar No. ct02126

## **CERTIFICATION**

  I hereby certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on January 28, 2004, to all counsel and pro se parties of record, as set forth below:

Mr. John B. DeRay
1078 New Britain Avenue, Apt. 104
West Hartford, CT  06110

Robert Matisoff, Esquire
Keith R. Bolek, Esquire
O'Donoghue & O'Donoghue
4748 Wisconsin Avenue, N.W.
Washington, DC  20016

Edward J. Dempsey, Esquire
United Technologies Corp.
United Technologies Building
Hartford, CT  06101

_____
J. William Gagne, Jr.