

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| JOHN DeRAY,<br>Plaintiff<br><br>VS.<br><br>RUSS LARSON, JEFF HASTINGS, ERNEST LOWE, OTIS ELEVATOR, RONALD KOERBEL, DOMINIC ACCARPIO, INT'L UNION OF ELEVATOR CONSTRUCTORS,<br>Defendants | 2004 JAN 28  A 11: 38<br><br>CIVIL ACTION NO.<br>3:02 CV 2139 (JCH)<br>BRIDGEPORT<br><br><br><br>JANUARY 14, 2004 |

### DEFENDANT INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS, LOCAL 91's SECOND REQUEST FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Pursuant to D.Conn. L.Civ.R. 7(b), defendant International Union of Elevator Constructors, Local 91 hereby requests an extension of time of one week to reply to plaintiff's Response to Motion for Summary Judgment up to and including February 4, 2004. Pro se plaintiff, John DeRay objects to this extension request. This is the second request for an extension.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

DEFENDANT, INTERNATIONAL UNION OF
ELEVATOR CONSTRUCTORS, LOCAL 91

By_____
J. William Gagne, Jr.
Law Office of J. William Gagne, Jr.
& Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT 06109
(860) 522-5049
Federal Bar No. ct02126

**MOTION GRANTED.**
**SO ORDERED.** 2/2/04

2004 FEB -2  P 3: 49
US DISTRICT
BRIDGEPORT