UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
Bridgeport Division

FILED
2004 MAR -1  A 10: 13
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| JOHN B. DeRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:02-CV-02139 (JCH) |
| | ) |
| RUSS LARSON, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANTS IUEC, IUEC LOCAL 91 AND KOERBEL'S JOINT MOTION TO STRIKE PLAINTIFF'S SUR-REPLIES AND AFFIDAVIT OF JUDE WHITE OR, IN THE ALTERNATIVE, LEAVE TO REPLY TO PLAINTIFF'S RESPONSES**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 7 of the Local Rules of the United States District Court for the District of Connecticut, Defendants International Union of Elevator Constructors, AFL-CIO ("IUEC"), International Union of Elevator Constructors, Local 91 ("IUEC Local 91") and Ronald J. Koerbel ("Koerbel") move to strike the following documents:

(1) "Plaintiffs Response to Defendants IUEC and Koerbel's Reply Brief and Motion for Summery Judgment" (Rec. Doc. No. 74); and

(2) "Plaintiffs Response and Opposition to IUEC Local 91 Reply", as well as "Affidavit Jude A. White" dated February 16, 2004 (Rec. Doc. No. 78).

These documents are sur-replies and/or affidavit in support of a sur-reply. Neither the Federal nor the Local Rules provide the right to file sur-replies.

If, for any reason, the Court denies the motion to strike, then Defendants IUEC, IUEC Local 91 and Koerbel respectfully request the Court grant leave to submit a brief reply to the three Plaintiffs' documents set forth above.

Defendants IUEC, IUEC Local 91 and Koerbel have attached a Memorandum in Support of their Motion to Strike or, in the alternative, for Leave.

DATED: February 27, 2004                    Respectfully submitted,

By: _____
Robert Matisoff (Bar No. ct05002)
Keith R. Bolek (Bar No. ct24482)
**O'DONOGHUE & O'DONOGHUE**
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 362-0041 – Telephone

By: _____
J. William Gagne (Bar No. ct02126)
**J. WILLIAM GAGNE & ASSOCS.**
1260 Silas Deane Highway
Wethersfield, CT 06109
(860) 522-5049 – Telephone

Attorneys for Defendants IUEC
and Ronald Koerbel

By: _____
J. William Gagne (Bar No. ct02126)
**J. WILLIAM GAGNE & ASSOCS.**
1260 Silas Deane Highway
Wethersfield, CT 06109
(860) 522-5049 – Telephone

Attorney for Defendant IUEC Local 91

113583_1