FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2004 MAR 16  P 1: 06

U.S. DISTRICT COURT
BRIDGEPORT, CONN

JOHN B. DeRAY,

    Plaintiff,

v.                                                                 Case No. 3:02-CV-2139(JCH)

RUSS LARSON, et al.,                                Date  March 15 2004

    Defendants

**Plaintiffs objection to defendants motion to strike**

Defendants reply Briefs resemble a continuance to their 56 A motion for summery judgment. In Good faith Plaintiff assumed a need to respond in order that allocations presented not to be deemed admitted due to failure to respond. Plaintiffs reply responses to defendants reply briefs are all reply's to replies. The notice to pro-se litigant opposing motion for summery Judgment as required by rule of civil procedure 56(b) does not mention or explain reply briefs to summery Judgment. Plaintiff requests leave of the court to consider Plaintiffs reply responses because they dispute allocations which would have been addressed in 56 B if they had been allocated in defendants 56 A.

By the Plaintiff

John DeRay

## Certification of Service

A true and attest copy of the forgoing was mailed first class or hand delivered to:

William Gagne Jr.
1260 Silas Deane Highway
Wethersfield, CT 06109

Edward Dempsey
United Technologies Corp.
United Technologies Bldg.
Hartford, CT 06101

Keith R. Bolek
O'Donoghue & O'Donoghue
4748 Wisconsin Ave N.W.
Washington, DC 0016

On _March 15 2004_

By the Plaintiff
_John DeRay_