FILED

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**  2004 FEB 19 P 1:21

JOHN B. DeRAY,

      Plaintiff,

v.                                                    Case No. 3:02-CV-2139 (JCH)

RUSS LARSON, et al.,                    Date  Feb 18 2004

      Defendants,

**Request for return of original documents**
**and tapes submitted to Attorney**
**William Gagne by the Plaintiff**

In motion by Attorney Gagne for production of documents dated June 16 2003 plaintiff responded with original documents and tapes as required for duplication, those original documents and tapes to date have not been returned. This is a request for the return of the documents and tapes of an unemployment hearing dated June 25" 2002

by the Plantiff
John DeRay

Cirtification
A copy of the forgoing was mailed or hand delivered to William Gagne Keith Bolek and Edward Dempsey on February 18 2004

by the Plantiff
John DeRay

GRANTED: Absent Objection
SO ORDERED.
Janet C. Hall, U.S.D.J.  3/31/04

FILED 2004 APR -1 P 4:53
U.S. DISTRICT COURT
BRIDGEPORT CONN