UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 16  A 11: 59
DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| JOHN DeRAY,<br>    Plaintiff | CIVIL ACTION NO.<br>3:02-CV-2139 (JCH) |
| VS. | |
| RUSS LARSON, JEFF HASTINGS,<br>ERNEST LOWE, OTIS ELEVATOR,<br>RONALD KOERBEL, DOMINIC ACCARPIO<br>and INTERNATIONAL UNION OF<br>ELEVATOR CONSTRUCTORS (IUEC)<br>    Defendants | APRIL 15, 2004 |

### NOTICE OF RETURN OF PROPERTY

The undersigned hereby gives notice that he has returned the property of Plaintiff, John DeRay, which consists of two cassette tapes, marked "unemployment tape 1" and "unemployment tape 2", pursuant to Order dated March 31, 2004. Acknowledgement of Receipt of this property signed by John DeRay is attached hereto.

DEFENDANT,

By: _____
J. William Gagne, Jr.
Law Office of J. William Gagne, Jr.
    & Associates, P.C.
1260 Silas Deane Highway
Wethersfield, CT 06109
Tel: (860)522-5049
Fax: (860)571-6084
Fed. Bar No. ct 02126
E-Mail: jwgagne@snet.net

1

## ACKNOWLEDGEMENT OF RECEIPT

I hereby certify that I received two (2) cassette tapes marked "unemployment tape 1" and "unemployment tape 2" on this __15th__ day of April, 2004.

_____
John DeRay

## CERTIFICATION

This is to certify that on this 15th day of April, 2004, a copy of the foregoing was mailed first class, postage prepaid to the following pro se party and counsel of record:

John B. DeRay
1078 New Britain Avenue
Apt. 104
West Hartford, CT 06110

Robert Matisoff, Esquire
Keith R. Bolek, Esquire
O'Donoghue & O'Donoghue
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
Tel: (202) 362-0041
Fax: (202) 237-1200

Edward J. Dempsey, Esquire
United Technologies Corporation
United Technologies Building
Hartford, CT 06101
Tel: (860) 728-7858
Fax: (860) 728-6551

_____
J. William Gagne, Jr.

2