UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOHN B. DeRAY

      v.                              3:02cv2139 JCH

RUSS LARSON, JEFF HASTINGS,
ERNEST LOWE, OTIS ELEVATOR,
RONALD KOERBEL, DOMINIC ACCARPIO,
INTERNATIONAL UNION OF ELEVATOR
CONSTRUCTORS (IEUC)

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of defendant's Otis Elevator, Ronald Koerbel, and IUEC, Local 91 motions for summary judgment and defendant's Dominic Accarpio's motion to dismiss.

The Court has reviewed all of the papers filed in conjunction with the motions and on September 29, 2004, entered a Ruling on the Motions, granting the defendant's motions for summary judgment and defendant's motion to dismiss. A ruling on September 17, 2003 dismissed defendants Russ Larson, Jeff Hastings and Ernest Lowe.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants Otis Elevator, Ronald Koerbel and IUEC, Local 91 and the case is dismissed as to the remaining defendants.

Dated at Bridgeport, Connecticut, this 8th day of October, 2004.

                                      KEVIN F. ROWE, Clerk

                                      By     /s/
                                               Chrystine W. Cody
                                             Deputy-in-Charge

Entered on Docket _____