FORM 2

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 OCT 29 P 4:04
U.S. DISTRICT COURT
HARTFORD, CT.

John B DeRay

v.

Russ Larson et al

CIVIL CASE NO. 3:02-CV-2139 JCH

## MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(5), __John DeRay__ respectfully requests leave to file the within notice of appeal out of time. __John DeRay__ desires to appeal (appealing party) the judgment in this action entered on __Oct 8 2004__ but failed to file a notice of appeal within the required number of days because:

EXPLAIN HERE THE "EXCUSABLE NEGLECT" OR "GOOD CAUSE" WHICH LED TO YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED NUMBER OF DAYS.

Change of address, PO failed to forward
Recieved Ruleing Late Oct 20 2004
From Court upon request Oct 18 2004
Request 30 Days from
date of reciept

Signature: _John DeRay_

Print Name: John DeRay

Address: 737 Wethersfield Ave
Hartford CT 06114

Telephone Number: 860 680 6030

Date: Oct 29 2004

Note: You may file this form, together with a copy of Form 1 [Notice of Appeal] if you are seeking to appeal a judgment and did not file a copy of Form 1 [Notice of Appeal] within the required time. These forms must be received in the Office of the Clerk of the U.S. District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.