*02cv2139appl*  *fee paid*
*appeal packet issued*

FORM 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**
2004 NOV 22 A 11: 13
U.S. DISTRICT COURT
HARTFORD, CT.

John B DeRay

v.

Russ Larson et al

CIVIL CASE NO. 302-CV-2139 JCH

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __John DeRay__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following
Judgment or Order (describe the Judgment or Order):

Otis Elevator, Ron Koerbel + IUEC, Local 91 motions for Summary Granted (Time-barred)

2. The Judgment/Order in this action was entered on __Oct 8 2004__
(date)

_J DeRay_
Signature

John DeRay
Print Name

737 Wethersfield Ave
Hartford Ct 06114
Address

Date: Nov. 22, 2004 ~~Oct 29 2004~~

860 680 6030
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).