# DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

**DATE:** November 30, 2004    **TO:** Intake Clerk

**FROM:** Tasha Simpson   203.579.5657

**CASE TITLE:** DeRay vs Larson, et al

**DOCKET NO.:** 3:02 cv 2139 (JCH)

**NOTICE OF APPEAL:** filed: November 22, 2004

**APPEAL FROM:**   final judgment: ✓

   interlocutory: __

   other: __

**DOCKET SHEET:**   Attorney, updated address & phone number for each party __Y__

   All parties are listed on Docket Sheet (Including Third Parties) __Y__

   All docket entries and dates are included __Y__

*[FILED stamp: 2004 DEC 15 P 12:42 U.S. DISTRICT COURT BRIDGEPORT, CONN.]*

**FEE STATUS:**   Paid ✓   Due ____   N/A ____

   IFP revoked ____   Application Attached ____

   IFP pending before district judge ____

**COUNSEL:**   CJA ____   Retained ____   Pro Se ✓

**TIME STATUS:**   Timely ✓   Out of Time ____

**MOTION FOR EXTENSION OF TIME:**   Granted ✓   Denied ____

**COA:**   Granted ____   Denied ____

**COMMENTS AND CORRECTIONS:**
RECORD ATTACHED

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _S.P._   DATE: _12-7-04_
DEPUTY CLERK, USCA

USCA No. _____.