UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DeRay

VS.

CV. NO. 3:02 cv 2139(JCH)

USCA NO.

Larson, et al

## INDEX TO THE RECORD ON APPEAL

I HEREBY ACKNOWLEDGE RECEIPT
OF THE CERTIFIED COPY OF DOCKET
ENTRIES, INDEX AND 2
VOLUMES OF ORIGINAL RECORD.

DATE: 12/6/04 SC.
Roseann B. MacKechnie
CLERK, U.S.C.A. 2nd Cir.